UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        MAG. JUDGE NO.:  03-907-MBB

        v.

ROBERT RAMOS

2003 DEC 17 P 12:29

U.S. DISTRICT COURT
DISTRICT OF MASS.

## ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH INDICTMENT MUST BE FILED

Pursuant to Title 18, United States Code, Section 3161(b), the United States of America moves to extend the time within which an indictment must be filed in the above-captioned case.

As ground for this motion, the government states that the grand jury to which the evidence in this case will be presented is not in session for the next two weeks and that scheduling conflicts after that time preclude the timely presentation of this matter to the grand jury.  Consequently, the government moves to extend until February 24, 2004 the time by which an indictment must be filed in the above-captioned case.  The government further moves that the Court issue an order of excludable delay to include the time from the filing of this motion until February 24, 2004.  Defendant Robert Ramos, through his counsel of record, assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
    EMILY R. SCHULMAN
    Assistant U.S. Attorneys

Dated: December 17, 2003

## CERTIFICATE OF SERVICE

I, Emily R. Schulman, hereby certify that I have served a copy of the foregoing motion on Jeffrey Denner, Esq., Denner Associates, P.C., Four Longfellow Place, Suites 3501-06, Boston,

MA 02114, by first-class mail, postage prepaid this date.

EMILY R. SCHULMAN
Assistant U.S. Attorney